UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD VINCENT JENNINGS, JR.,   *
                                     *

    Plaintiff,                      *

                                   *

    v.                           *        Civil Action No. 25-30144-MGM

                                 *

CAPTAIN MORTY, et al.         *

                                 *

    Defendants.                 *

                                 *

## MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION OF DISMISSAL
(Dkt. No. 15)

June 30, 2026

MASTROIANNI, U.S.D.J.

On May 5, 2026, Magistrate Judge Christopher L. Morgan issued an Order for Reassignment and Report and Recommendation of Dismissal, which ordered that this case be reassigned to a district judge[1] and recommended that the court dismiss this action for failure to state a claim upon which relief may be granted. Judge Morgan concluded that Plaintiff failed to comply with Magistrate Judge Robertson's December 24, 2025 order which required Plaintiff to file an amended complaint curing the pleading deficiencies of the original complaint and providing fair notice to the defendants of the nature of his claims. Plaintiff's February 4, 2026 filing, Judge Morgan explained, is difficult to understand, "and the Court cannot discern who the defendants might be and the alleged misconduct for which Plaintiff seeks [to hold them] liable." (Dkt. No. 15 at 3.) The Report and

---

[1] On that same date, this case was reassigned to the undersigned. (Dkt. No. 16.)

Recommendation notified Plaintiff that he had fourteen days to file an objection. No objections were filed.

Based upon the thorough analysis presented in the Report and Recommendation, and noting there are no objections, the court, upon *de novo* review, hereby ADOPTS the Report and Recommendation. (Dkt. No. 31.) As a result, this action is hereby DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted. This case shall be closed.

It is So Ordered.

  /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge